J S - 6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 09-00301-CJC(RNBx)          Date: January 26, 2010

Title: MICKEY HELLMAN & THUY HELLMAN v. HOMECOMINGS FINANCIAL, LLC, CADLEROCK VENTURES, L.P.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Nancy Boehme | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                        None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DISMISSING ACTION**

       The Court having received no opposition or response to the Court's Order to Show Cause issued January 9, 2010, hereby dismisses this action in its entirety.

CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                                              Initials of Deputy Clerk NB